IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF KENTUCKY

| | | |
|---|---|---|
| JOHN DOE, | ) | Case No: 5:19-cv-497 |
| | ) | |
| Plaintiff, | ) | |
| | ) | JUDGE: KAREN K. CALDWELL |
| v. | ) | |
| | ) | |
| KENTUCKY COMMUNITY COLLEGE | ) | **[PROPOSED] ORDER GRANTING** |
| & TECHNICAL SYSTEM, et al., | ) | **PLAINTIFF'S MOTION FOR** |
| | ) | **PERMISSION TO PROCEED UNDER** |
| Defendant. | ) | **PSEUDONYMS** |

This matter came on for hearing on this ____ day of December, 2019, on Plaintiff's Motion for Permission to Proceed Under Pseudonyms, which was filed with this Honorable Court on December 20, 2019.

In the interest of protecting Plaintiff's identity and maintaining a good name in the community, the parties are ordered to refer to Plaintiff as John Doe and file, under seal any documents that refer to Doe's true identity.

For good cause shown, the motion is hereby granted.

**IT IS SO ORDERED.**

_____                              _____
DATE                                                                                  JUDGE KAREN K. CALDWELL